| | |
|---|---|
| JOHN M. NEUKOM (CA Bar No. 275887)<br>johnneukom@quinnemanuel.com<br>ANDREW M. HOLMES (CA Bar No. 260475)<br>drewholmes@quinnemanuel.com<br>ALICIA VEGLIA (CA Bar No. 291070)<br>aliciaveglia@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Plaintiff FORTINET, INC. | SEAN C. CUNNINGHAM, Bar No. 174931<br>sean.cunningham@dlapiper.com<br>KATHRYN RILEY GRASSO, Bar No. 211187<br>kathryn.riley@dlapiper.com<br>RYAN W. COBB, Bar No. 277608<br>ryan.cobb@dlapiper.com<br>DAVID R. KNUDSON Bar No. 265461<br>david.knudson@dlapiper.com<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: 619.699.2700<br>Facsimile: 619.699.2701<br><br>TODD S. PATTERSON, *pro hac vice*<br>todd.patterson@dlapiper.com<br>DLA PIPER LLP (US)<br>401 Congress Avenue, Suite 2500<br>Austin, Texas 78701-3799<br>Telephone: 512.457.7000<br>Facsimile: 512.457.7001<br><br>Attorneys for Defendants SOPHOS INC.,<br>MICHAEL VALENTINE and JASON<br>CLARK (limited appearance) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>        Plaintiff,<br>  vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>        Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>        Counterclaim Plaintiffs,<br>  vs.<br><br>FORTINET, INC., a corporation,<br><br>        Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>**JOINT STIPULATION AND [PRO~~PO~~SED] ORDER MOVING THE DATE FOR THE HEARING ON CLARK'S MOTION TO DISMISS, VALENTINE'S MOTION TO COMPEL ARBITRATION, AND SOPHOS' MOTION TO STAY**<br><br>Judge: Honorable Edward M. Chen |

| | |
|---|---|
| 1 | By and through their respective undersigned counsel, Plaintiff Fortinet, Inc. ("Fortinet") |
| 2 | and Defendants Sophos, Inc. ("Sophos"), Michael Valentine ("Valentine") and Jason Clark |
| 3 | ("Clark") (collectively, the "Parties"), hereby agree and stipulate as follows: |
| 4 | WHEREAS, the date for the hearing on Clark's Motion to Dismiss (Dkt. No. 22) and |
| 5 | Valentine's Motion to Compel Arbitration and Sophos' Motion to Stay (Dkt. No. 24) are both |
| 6 | currently set for Thursday, March 13, 2014 at 1:30 p.m.; |
| 7 | WHEREAS, lead counsel for Fortinet is scheduled to be in a jury trial (before the |
| 8 | Honorable William H. Alsup, U.S. District Judge) in another, unrelated matter on that same date; |
| 9 | and |
| 10 | WHEREAS, counsel for Fortinet has requested and counsel for Sophos, Clark and |
| 11 | Valentine have agreed, to move the hearing from March 13 to March 27; |
| 12 | IT IS HEREBY STIPULATED AND AGREED that the hearing date for Clark's Motion to |
| 13 | Dismiss and Valentine's Motion to Compel Arbitration and Sophos' Motion to Stay be changed |
| 14 | from Thursday, March 13, 2014 at 1:30 p.m. to Thursday, March 27, 2014 at 1:30 p.m., or to any |
| 15 | date and time thereafter acceptable to the Court. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | DATED: February 26, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By */s/ John M. Neukom* |
| | | John M. Neukom (Bar No. 275887) |
| | | johnneukom@quinnemanuel.com |
| 5 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111-4788 |
| 6 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 7 | | |
| 8 | | Attorneys for Plaintiff FORTINET, INC. |
| 9 | DATED: February 26, 2014 | DLA PIPER LLP (US) |
| 10 | | |
| 11 | | By */s/ Sean C. Cunningham* |
| 12 | | SEAN C. CUNNINGHAM |
| | | KATHRYN RILEY GRASSO |
| 13 | | RYAN W. COBB |
| | | DAVID R. KNUDSON |
| 14 | | TODD S. PATTERSON (*pro hac vice*) |
| 15 | | Attorneys for Defendant and Counterclaim |
| 16 | | Plaintiff SOPHOS INC., Counterclaim |
| | | Plaintiff SOPHOS LTD. and Defendants |
| 17 | | MICHAEL VALENTINE and JASON |
| | | CLARK (limited appearance) |

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Sean C. Cunningham.

*/s/ John M. Neukom*
John M. Neukom

# ~~PRO~~POSED ORDER

Before the Court is the Parties' Joint Stipulation to move the date of the hearing on Defendant Jason Clark's Motion to Dismiss (Dkt. No. 22) and Defendant Michael Valentine's Motion to Compel Arbitration and Defendant Sophos, Inc.'s Motion to Stay (Dkt. No. 24) from Thursday, March 13, 2014 at 1:30 p.m. to Thursday, March 27, 2014 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/28/14



Hon. Edw_____
United Sta_____