| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | SEAN C. CUNNINGHAM, Bar No. 174931<br>sean.cunningham@dlapiper.com<br>KATHRYN RILEY GRASSO, Bar No. 211187<br>kathryn.riley@dlapiper.com<br>DAVID R. KNUDSON, Bar No. 265461<br>david.knudson@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: 619.699.2700<br>Facsimile: 619.699.2701<br><br>RYAN W. COBB (Bar No. 277608)<br>ryan.cobb@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Telephone: 650-833-2000<br>Facsimile: 650-833-2001<br><br>TODD S. PATTERSON<br>todd.patterson@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 Congress Avenue<br>Suite 2500<br>Austin, Texas 78701-3799<br>Telephone: 512.457.7000<br>Facsimile: 512.457.7001<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>SOPHOS INC., Counterclaim Plaintiff SOPHOS<br>LTD. and Defendants MICHAEL VALENTINE and<br>JASON CLARK (limited appearance) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation,<br>  Plaintiff,<br>v.<br><br>SOPHOS INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual,<br>  Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br>  Counterclaim Plaintiffs,<br>v.<br><br>FORTINET, INC., a corporation,<br>  Counterclaim Defendant. | CASE NO. 3:13-cv-05831-EMC<br><br>**NOTICE OF CHANGE OF ADDRESS OF RYAN W. COBB** |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that effective March 3, 2014, the address for Ryan W. Cobb, counsel for Defendant and Counterclaim Plaintiff SOPHOS INC., Counterclaim Plaintiff SOPHOS LTD. and Defendants MICHAEL VALENTINE and JASON CLARK (limited appearance), is:

> Ryan W. Cobb
>
> **DLA PIPER LLP (US)**
>
> 2000 University Avenue
>
> East Palo Alto, CA 94303-2215
>
> (650) 833-2000 (*telephone*)
>
> (650) 833-2001 (*facsimile*)
>
> ryan.cobb@dlapiper.com

Counsel and Clerk of the Court are requested to update their records and certificate of service to reflect the change in the firm address.

Dated: March 3, 2014

DLA PIPER LLP (US)

By: */s/ Ryan W. Cobb*
    SEAN C. CUNNINGHAM
    KATHRYN RILEY GRASSO
    RYAN W. COBB
    DAVID R. KNUDSON
    TODD S. PATTERSON

Attorneys for Defendant and Counterclaim Plaintiff SOPHOS INC., Counterclaim Plaintiff SOPHOS LTD. and Defendants MICHAEL VALENTINE and JASON CLARK (limited appearance)