**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | March 27, 2014 | **Time:** | 2:00-2:35 |
| | | **Court Reporter:** | Lydia Zinn |
| **Case No. and Name:** | C13-5831 EMC Fortinet v. Sophos, Inc. et al. | | |
| **Attorneys:** | John Neukom and Andrew Holmes for Plaintiff | | |
| | Sean Cunningham and Ryan Cobb for Defendants | | |
| **Deputy Clerk:** | Betty Lee | | |

**PROCEEDINGS:**

- DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL

**SUMMARY:**

For the reasons stated on the record, Defendant Clark's Motion to Dismiss for lack of Personal Jurisdiction is denied as moot without prejudice. Defendant's Motion to Compel Arbitration is granted as to Valentine and Clark pursuant to stipulation of the parties. Defendant Sophos' motion to stay non-patent related claims is denied. Court to discuss discovery schedule at the 4/24/14 CMC.