JOHN M. NEUKOM (CA Bar No. 275887)
johnneukom@quinnemanuel.com
ANDREW M. HOLMES (CA Bar No. 260475)
drewholmes@quinnemanuel.com
ALICIA VEGLIA (CA Bar No. 291070)
aliciaveglia@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

SEAN C. CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO, Bar No. 211187
kathryn.riley@dlapiper.com
RYAN W. COBB, Bar No. 277608
ryan.cobb@dlapiper.com
DAVID R. KNUDSON Bar No. 265461
david.knudson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

TODD S. PATTERSON, *pro hac vice*
todd.patterson@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: 512.457.7000
Facsimile: 512.457.7001

Attorneys for Defendants SOPHOS INC., JASON CLARK, MICHAEL VALENTINE, and Counterclaimant SOPHOS LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>            Plaintiff,<br>    vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>            Defendants.<br>―――――――――――――――――――<br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>            Counterclaim Plaintiffs,<br>    vs.<br><br>FORTINET, INC., a corporation,<br><br>            Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>**JOINT STIPULATION AND [PRO~~POSE~~D] ORDER MOVING THE DATE FOR THE PARTIES' CASE MANAGEMENT CONFERENCE**<br><br>`(modified)`<br><br>Judge: Honorable Edward M. Chen |

By and through their respective undersigned counsel, Plaintiff Fortinet, Inc. ("Fortinet") and Defendant Sophos, Inc. and Counterclaimant Sophos, Ltd. (collectively, the "Parties"), hereby agree and stipulate as follows:

WHEREAS, the date for the Parties' Case Management Conference is currently set for Thursday, April 24, 2014 at 9:00 a.m.;

WHEREAS, lead counsel for Fortinet is scheduled to be out of the state (in North Carolina) on that same date;

WHEREAS, counsel for Fortinet has requested and counsel for Sophos have agreed to move the Case Management Conference from April 24, 2014 to May 1, 2014; and

WHEREAS, counsel for the Parties have agreed that moving the Case Management Conference will not affect any previously set deadlines, namely, the Parties agree to file their Joint Case Management Statement and to make Initial Disclosures by April 17, 2014;

IT IS HEREBY STIPULATED AND AGREED that the Case Management Conference be changed from Thursday, April 24, 2014 at 9:00 a.m. to Thursday, May 1, 2014 at 9:00 a.m., or to any date and time thereafter acceptable to the Court.

99998.77952/5873983.1

1
JOINT STIPULATION AND [PROPOSED] ORDER MOVING THE DATE FOR
THE PARTIES' CASE MANAGEMENT CONFERENCE
Case No. 3:13-cv-05831-EMC

1  DATED: April 14, 2014                QUINN EMANUEL URQUHART &
2                                                           SULLIVAN, LLP

3
                                                    By */s/ John M. Neukom*
4                                                      John M. Neukom (Bar No. 275887)
                                                       johnneukom@quinnemanuel.com
5                                                      50 California Street, 22nd Floor
                                                       San Francisco, California  94111-4788
6                                                      Telephone:     (415) 875-6600
                                                       Facsimile:      (415) 875-6700
7
                                                       Attorneys for Plaintiff FORTINET, INC.
8

9  DATED: April 14, 2014                DLA PIPER LLP (US)
10

11
                                                    By */s/ Sean C. Cunningham*
12                                                     SEAN C. CUNNINGHAM
                                                       KATHRYN RILEY GRASSO
13                                                     RYAN W. COBB
                                                       DAVID R. KNUDSON
14                                                     TODD S. PATTERSON (*pro hac vice*)

15                                                     Attorneys for Defendant and Counterclaim
                                                       Plaintiff SOPHOS INC., Counterclaim
16                                                     Plaintiff SOPHOS LTD. and Defendants
                                                       MICHAEL VALENTINE and JASON
17                                                     CLARK (limited appearance)

18

19
                                       **SIGNATURE ATTESTATION**
20

21       Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the

22  filing of this document has been obtained from Sean C. Cunningham.

23
                                                       */s/ John M. Neukom*
24                                                     John M. Neukom

25

26

27

28

99998.77952/5873983.1

2
JOINT STIPULATION AND [PROPOSED] ORDER MOVING THE DATE FOR
THE PARTIES' CASE MANAGEMENT CONFERENCE
Case No. 3:13-cv-05831-EMC

1
2
**PROPOSED ORDER** (PROPOSED struck through)

3   Before the Court is the Parties' Joint Stipulation to move the date of the Case Management
4   Conference from Thursday, April 24, 2014 at 9:00 a.m. to T~~hursday, May 1, 2014 at 9:00 a.~~m.  Tuesday, May 13, 2014 at 9:30am
5   The Court is unavailable on May 1, 2014 as noted on the website.
6   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7
8
9   Dated:   4/17/14



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

99998.77952/5873983.1

3
JOINT STIPULATION AND [PROPOSED] ORDER MOVING THE DATE FOR
THE PARTIES' CASE MANAGEMENT CONFERENCE
Case No. 3:13-cv-05831-EMC