UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., | No. C13-5831 EMC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| SOPHOS, INC., et al., | |
| Defendants. | |

Pursuant to Northern District Civil Local Rule 72-1, it is HEREBY ORDERED that this case is referred to a Magistrate Judge for all discovery disputes (including discovery letter filed as Docket No. 56.) The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

Dated: May 12, 2014

_____
EDWARD M. CHEN
United States District Judge