JOHN M. NEUKOM (CA Bar No. 275887)
johnneukom@quinnemanuel.com
ANDREW H. HOLMES (CA Bar No. 260475)
drewholmes@quinnemanuel.com
ALICIA VEGLIA (CA Bar No. 291070)
aliciaveglia@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

SEAN C. CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO, Bar No. 211187
kathryn.riley@dlapiper.com
DAVID R. KNUDSON, Bar No. 265461
david.knudson@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  619.699.2700
Facsimile:  619.699.2701

Attorneys for Defendant and Counterclaim Plaintiff SOPHOS INC., Counterclaim Plaintiff SOPHOS LTD. and Defendants MICHAEL VALENTINE and JASON CLARK (limited appearance)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation,<br>          Plaintiff,<br>v.<br>SOPHOS INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual,<br>          Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br>          Counterclaim Plaintiffs,<br>v.<br>FORTINET, INC., a corporation,<br>          Counterclaim Defendant. | CASE NO. 3:13-cv-05831-EMC<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED ANSWER AND COUNTERCLAIMS BY SOPHOS INC. AND SOPHOS LTD;**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW SOPHOS' EIGHTH AFFIRMATIVE DEFENSE AND EIGHTH AND NINTH COUNTERCLAIMS OF INEQUITABLE CONDUCT** |

Defendant and Counterclaim Plaintiff Sophos Inc. and Counterclaim Plaintiff Sophos Ltd. ("collectively "Sophos") and Plaintiff and Counterclaim Defendant Fortinet, Inc. ("Fortinet") hereby submit this Unopposed Motion for Leave to File Second Amended Answer And Counterclaims by Sophos. Counsel for Sophos and Fortinet have conferred and Fortinet has agreed not to oppose this Motion for Leave. Sophos' proposed Second Amended Answer seeks to withdraw the Eighth Defense of unenforceability of U.S. Patent Nos. 8,069,487 ("the '487 patent") and 8,195,938 ("the '938 patent") due to inequitable conduct and the Eighth and Ninth Counterclaims of unenforceability of the '487 and '938 patents due to inequitable conduct. A copy of Sophos's proposed Second Amended Answer is attached hereto as Exhibit 1. A mark-up version, showing the changes between Sophos's First Amended Answer and Counterclaims and Sophos's proposed Second Amended Answer and Counterclaims is attached hereto as Exhibit 2.

Pursuant to ¶ 5 of the Amended Joint Case Management Statement (Doc. No. 59), good cause for amendment exists because withdrawal of these inequitable conduct allegations will conserve the time and resources of this Court and of the Parties.

Additionally, by and through their respective undersigned counsel, Sophos and Fortinet hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Sophos withdraws its Eighth Defense of unenforceability of the '487 and '938 patents due to inequitable conduct and the Eighth and Ninth Counterclaims of unenforceability of the '487 and '938 patents due to inequitable conduct, and Sophos is barred from pursuing inequitable conduct theories against the '487 and '938 patents to the same extent Sophos would be barred if this Court granted the proposed order (Doc. No. 72-1) submitted by Fortinet in the pending Motion to Dismiss and Strike Sophos' Counterclaims and Affirmative Defense (Doc. No. 72). Accordingly, the parties also submit an additional proposed Order denying Fortinet's pending Motion to Dismiss as moot.

/////
/////
/////
/////

| | | |
|---|---|---|
| 1 | Dated: October 3, 2014 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ John M. Neukom* |
| | | John M. Neukom (Bar No. 275887) |
| 5 | | johnneukom@quinnemanuel.com |
| | | 50 California Street, 22nd Floor |
| 6 | | San Francisco, California 94111-4788 |
| | | Telephone: (415) 875-6600 |
| 7 | | Facsimile: (415) 875-6700 |
| 8 | | Attorneys for Plaintiff FORTINET, INC. |
| 9 | Dated: October 3, 2014 | **DLA PIPER LLP (US)** |
| 10 | | |
| 11 | | By: */s/ Sean C. Cunningham* |
| | | SEAN C. CUNNINGHAM |
| 12 | | KATHRYN RILEY GRASSO |
| | | RYAN W. COBB |
| 13 | | DAVID R. KNUDSON |
| | | TODD PATTERSON |
| 14 | | |
| | | Attorneys for Defendant and Counterclaim |
| 15 | | Plaintiff SOPHOS INC., Counterclaim Plaintiff SOPHOS LTD. and Defendants |
| 16 | | MICHAEL VALENTINE and JASON CLARK (limited appearance) |

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John Neukom.

/s/ Sean C. Cunningham
Sean C. Cunningham

**PROPOSED ORDER**

Before the Court is the Parties' Unopposed Motion For Leave To File Second Amended Answer And Counterclaims By Sophos Inc. And Sophos Ltd.

Accordingly, having reviewed the documents submitted, the record and applicable law, and good cause appearing, IT IS HEREBY ORDERED that the Unopposed Motion For Leave is GRANTED.

**IT IS SO ORDERED**

Dated: 10/10/14



Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**~~PROPOSED~~ ORDER**

Pursuant to the above Stipulation and Agreement concerning Sophos's Eighth Affirmative Defense and Eighth and Ninth Counterclaims of Inequitable Conduct the Motion to Dismiss and Strike Sophos' Counterclaims and Affirmative Defense filed by Fortinet (Doc. No. 72) is hereby DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: 10/10/14

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen