JOHN M. NEUKOM (SBN 275887)
johnneukom@quinnemanuel.com
ANDREW M. HOLMES (SBN 260475)
drewholmes@quinnemanuel.com
ALICIA VEGLIA (SBN 291070)
aliciaveglia@quinnemanuel.com
KRISTEN LOVIN (CA Bar No. 293688)
kristenlovin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

SEAN C. CUNNINGHAM (SBN 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (SBN 211187)
kathryn.riley@dlapiper.com
RYAN W. COBB (SBN 277608)
ryan.cobb@dlapiper.com
DAVID R. KNUDSON (SBN 265461)
david.knudson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

TODD S. PATTERSON (*pro hac vice*)
todd.patterson@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: 512.457.7000
Facsimile: 512.457.7001

Attorneys for Defendant and Counterclaim
Plaintiff SOPHOS INC. and Counterclaim
Plaintiff SOPHOS LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>　　　　　　Defendants. | Case No. 3:13-cv-05831-EMC<br><br>**STIPULATION AND PROPOSED ORDER RE FEBRUARY CASE MANAGEMENT CONFERENCE** |
| SOPHOS INC. and SOPHOS LTD., corporations,<br><br>　　　　　　Counterclaim Plaintiffs,<br>　　vs.<br><br>FORTINET, INC., a corporation,<br><br>　　　　　　Counterclaim Defendant. | |

WHEREAS, the Court set a further Case Management Conference for February 19, 2015 in its Case Management and Pretrial Order (Dkt. No. 110);

WHEREAS Plaintiff and Counterclaim-Defendant Fortinet, Inc. ("Fortinet") and Defendants and Counterclaim-Plaintiffs Sophos Inc. and Sophos Ltd. (collectively, "Sophos") agreed to jointly request to continue the CMC because of Fortinet's counsel's family obligations on February 19, 2015;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

The parties respectfully request a one-week continuation of the February 19, 2015 Case Management Conference to February 26, 2015, or the earliest hearing date thereafter.

DATED: January 20, 2015                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ John M. Neukom*
John M. Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

DATED: January 20, 2015                DLA PIPER LLP (US)

By */s/ Sean C. Cunningham*
SEAN C. CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendant and Counterclaim
Plaintiff SOPHOS INC. and Counterclaim
Plaintiff SOPHOS LTD.

04880.00001/6454679.1                          1

STIPULATION AND [PROPOSED]
ORDER RE FEBRUARY CASE MANAGEMENT CONFERENCE                Case No.: 3:13-cv-05831-EMC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Ryan Cobb.

*/s/ Jordan R. Jaffe*

Jordan R. Jaffe

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation,<br><br>       Plaintiff,<br>vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>       Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>       Counterclaim Plaintiffs,<br>vs.<br><br>FORTINET, INC., a corporation,<br><br>       Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The further Case Management Conference set for February 19, 2015 in Docket No. 110 is hereby continued to February 26, 2015.

Dated: __1/21__, 2015  By: _____

HONORABLE EDWARD M. CHEN



IT IS SO ORDERED
Judge Edward M. Chen

04880.00001/6454679.1

3

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE     Case No.: 3:13-cv-05831-EMC