QUINN EMANUEL URQUHART & SULLIVAN, LLP
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual,<br><br>       Defendants.<br><br>SOPHOS, INC. and SOPHOS LTD., corporations,<br><br>       Counterclaim Plaintiffs,<br><br>   vs.<br><br>FORTINET, INC., a corporation,<br><br>       Counterclaim Defendants. | CASE NO. 3:13-cv-05831-EMC<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom; 5, 17th Floor |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Alicia Veglia is no longer with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and hereby withdraws as counsel for Fortinet, Inc. in the above-captioned matter. Fortinet, Inc. is still presented by the remaining counsel of record from Quinn Emanuel Urquhart & Sullivan, LLP, and therefore will not be prejudiced by the withdrawal.

Further, please remove Alicia Veglia from the Court's electronic notification system (aliciaveglia@quinnemanuel.com).

DATED: April 7, 2015                                Respectfully,

*/s/ John M. Neukom*
John M. Neukom (SBN 275887)
Jordan R. Jaffe (SBN 254886)
Andrew M. Holmes (SBN 260475)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Tel: 415-875-6600
Fax: 415-875-6700
johnneukom@quinnemanuel.com
jordanjaffe@quinnemanuel.com
drewholmes@quinnemanuel.com

*Attorneys for Plaintiff FORTINET, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date entered below, I caused a true and correct copy of the foregoing to be served by electronic mail transmission to the addresses listed below pursuant to the written agreement between the parties. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| SEAN C. CUNNINGHAM, | TODD S. PATTERSON, |
| sean.cunningham@dlapiper.com | todd.patterson@dlapiper.com |
| KATHRYN RILEY GRASSO, | DLA PIPER LLP (US) |
| kathryn.riley@dlapiper.com | 401 Congress Avenue |
| RYAN W. COBB, | Suite 2500 |
| ryan.cobb@dlapiper.com | Austin, Texas 78701-3799 |
| DAVID R. KNUDSON, | Telephone: 512.457.7000 |
| david.knudson@dlapiper.com | Facsimile: 512.457.7001 |
| DLA PIPER LLP (US) | |
| 401 B Street, Suite 1700 | |
| San Diego, CA 92101-4297 | |
| Telephone: 619.699.2700 | |
| Facsimile: 619.699.2701 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2015, at San Francisco, California.

*/s/ Jordan R. Jaffe*
Jordan R. Jaffe