JOHN M. NEUKOM (SBN 275887)
johnneukom@quinnemanuel.com
JORDAN R. JAFFE (SBN 254886)
jordanjaffe@quinnemanuel.com
ANDREW M. HOLMES (SBN 260475)
drewholmes@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

SEAN C. CUNNINGHAM (SBN 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (SBN 211187)
kathryn.riley@dlapiper.com
RYAN W. COBB (SBN 277608)
ryan.cobb@dlapiper.com
DAVID R. KNUDSON (SBN 265461)
david.knudson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

TODD S. PATTERSON (*pro hac vice*)
todd.patterson@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: 512.457.7000
Facsimile: 512.457.7001

Attorneys for Defendant and Counterclaim
Plaintiff SOPHOS INC. and Counterclaim
Plaintiff SOPHOS LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>              Plaintiff,<br>      vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>              Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>              Counterclaim Plaintiffs,<br>      vs.<br><br>FORTINET, INC., a corporation,<br><br>              Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>**STIPULATION AND PRO~~POSED~~ ORDER RE PRIVATE MEDIATION DEADLINE** |

1  WHEREAS, the Court set a deadline for private mediation as 90 days from the Court's claim
2  construction ruling (Dkt. No. 109), which is May 28, 2015;

3  WHEREAS Fortinet and Sophos worked to schedule a mediation before the deadline of May
4  28 where principals from each party were able to attend, but July 15, 2015 was the earliest date the
5  parties and the mediator could accommodate based on each party's schedule;

6  WHEREAS Plaintiff and Counterclaim-Defendant Fortinet, Inc. ("Fortinet") and Defendants
7  and Counterclaim-Plaintiffs Sophos Inc. and Sophos Ltd. (collectively, "Sophos") have agreed to, and
8  scheduled, a private mediation before Hon. Edward A. Infante (Ret.) on July 15, 2015;

9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

10 The parties respectfully request a continuation of the private mediation from 90 days after the
11 claim construction order (May 28, 2015) until July 15, 2015.

STIPULATION AND [PROPOSED]
ORDER RE PRIVATE MEDIATION DEADLINE                                Case No.: 3:13-cv-05831-EMC

| | | |
|---|---|---|
| DATED: May 28, 2015 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By <u>*/s/ John M. Neukom*</u>
    John M. Neukom (Bar No. 275887)
    johnneukom@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California  94111-4788
    Telephone:     (415) 875-6600
    Facsimile:      (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

DATED: May 28, 2015        DLA PIPER LLP (US)

By <u>*/s/ Sean C. Cunningham*</u>
    SEAN C. CUNNINGHAM, Bar No. 174931
    sean.cunningham@dlapiper.com
    401 B Street, Suite 1700
    San Diego, CA 92101-4297
    Telephone: 619.699.2700
    Facsimile: 619.699.2701

Attorneys for Defendant and Counterclaim Plaintiff SOPHOS INC. and Counterclaim Plaintiff SOPHOS LTD.

### **<u>SIGNATURE ATTESTATION</u>**

Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David Knudson.

            */s/ Grant N. Margeson*
            Grant N. Margeson

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>　　　　　　Defendants. | Case No. 3:13-cv-05831-EMC<br><br>**[PRO̶POSED] ORDER CONTINUING PRIVATE MEDIATION DEADLINE** |
| SOPHOS INC. and SOPHOS LTD., corporations,<br><br>　　　　　　Counterclaim Plaintiffs,<br>　　vs.<br><br>FORTINET, INC., a corporation,<br><br>　　　　　　Counterclaim Defendant. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The private mediation deadline set in Docket No. 109 is hereby continued to July 15, 2015. Status conference is set for July 23, 2015 at 10:30 a.m. An updated joint status report shall be filed by July 16, 2015.

Dated: ___6/1/15___, 2015 By: _____

HONORABLE EDWARD M. CHEN



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3