Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FORTINET, INC., a corporation )
                  )
        Plaintiff(s), )
                  )
    v. )
SOPHOS, INC., et, al., )
                  )
        Defendant(s). )

Case No: 3;13-CV-05831-

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nathan Hamstra , an active member in good standing of the bar of Illinois , hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing: FORTINENT, INC in the above-entitled action. My local co-counsel in this case is Jordan Ross Jaffe , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 500 W Madison St Suite 2450, Chicago, IL 60661 | 50 California St #22, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (312) 705-7417 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (418) 875-6600 |
| MY EMAIL ADDRESS OF RECORD: nathanhamstra@quinnemauel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jordanjaffe@quinnemanuel.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6286325 .

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/02/15

                         Nathan Hamstra
                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Nathan Hamstra is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                      UNITED STATES DISTRICT/MAGISTRATE JUDGE