JOHN M. NEUKOM (SBN 275887)
johnneukom@quinnemanuel.com
JORDAN R. JAFFE (SBN 254886)
jordanjaffe@quinnemanuel.com
ANDREW M. HOLMES (SBN 260475)
drewholmes@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

SEAN C. CUNNINGHAM (SBN 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (SBN 211187)
kathryn.riley@dlapiper.com
DAVID R. KNUDSON (SBN 265461)
david.knudson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

TODD S. PATTERSON (*pro hac vice*)
todd.patterson@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: 512.457.7000
Facsimile: 512.457.7001

Attorneys for Defendant and Counterclaim
Plaintiff SOPHOS INC. and Counterclaim
Plaintiff SOPHOS LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation | Case No. 3:13-cv-05831-EMC |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR TWO DEPOSITIONS** |
| SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual. | |
| Defendants. | |
| SOPHOS INC. and SOPHOS LTD., corporations, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| FORTINET, INC., a corporation, | |
| Counterclaim Defendant. | |

WHEREAS, the Court set a deadline for fact discovery of June 16, 2015 (Dkt. No. 110);

WHEREAS Plaintiff and Counterclaim-Defendant Fortinet, Inc. ("Fortinet") and Defendants and Counterclaim-Plaintiffs Sophos Inc. and Sophos Ltd. (collectively, "Sophos") have agreed to depositions of two of Fortinet's Federal Rule of Civil Procedure 30(b)(6) designees, James Bray and David Finger, after the discovery deadline, due to the scheduling constraints of Messrs. Bray and Finger;

WHEREAS the parties have agreed that Mr. Bray will be deposed on June 17, 2015, beginning at 9 a.m.;

WHEREAS the parties have agreed to a deposition of Mr. Finger on June 18, 2015, beginning at 9 a.m.;

WHEREAS the parties do not seek to extend any other modification to the fact discovery deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

The parties respectfully request a continuation of the fact discovery deadline for the sole purpose of the depositions of James Bray on June 17, 2015 and David Finger on June 18, 2015, with no other modifications to the fact discovery deadline.

DATED: June 17, 2015          QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP


                         By /s/ John M. Neukom
                             John M. Neukom (Bar No. 275887)
                             johnneukom@quinnemanuel.com
                             50 California Street, 22nd Floor
                             San Francisco, California  94111-4788
                             Telephone:    (415) 875-6600
                             Facsimile:    (415) 875-6700


                             Attorneys for Plaintiff FORTINET, INC.


DATED: June 17, 2015          DLA PIPER LLP (US)


                         By /s/ Sean C. Cunningham
                             SEAN C. CUNNINGHAM, Bar No. 174931
                             sean.cunningham@dlapiper.com
                             401 B Street, Suite 1700
                             San Diego, CA 92101-4297
                             Telephone: 619.699.2700
                             Facsimile: 619.699.2701


                             Attorneys for Defendant and Counterclaim
                             Plaintiff SOPHOS INC. and Counterclaim
                             Plaintiff SOPHOS LTD.


## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing

of this document has been obtained from David Knudson.


                             /s/ Grant N. Margeson

                             Grant N. Margeson

FORTINET, INC., a corporation

              Plaintiff,

    vs.

SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.

              Defendants.

_____

SOPHOS INC. and SOPHOS LTD., corporations,

              Counterclaim Plaintiffs,

    vs.

FORTINET, INC., a corporation,

              Counterclaim Defendant.

_____

Case No. 3:13-cv-05831-EMC

**[PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE FOR TWO DEPOSITIONS**

      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   The fact discovery deadline is extended for the sole purpose of the depositions of James Bray on June 17, 2015 and David Finger on June 18, 2015, with no other modifications to the fact discovery deadline.

Dated: _____, 2015 By: _____

                         HONORABLE EDWARD M. CHEN