1

2

3

4  UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6

7  FORTINET, INC.,

Plaintiff,

Case No.  13-cv-05831-EMC   (DMR)

8

9  v.

**ORDER DENYING MOTION TO SEAL**

Re: Dkt. No. 137

10  SOPHOS, INC., et al.,

Defendants.

11

12        Fortinet has filed a motion to seal (Docket No. 137) which seeks to file portions of the

13  parties' joint discovery letter (Docket No. 138) under seal.  Fortinet notes that it does not claim

14  that the material to be sealed is confidential.  However, because Sophos believes the material is

15  confidential, Fortinet brings this motion pursuant to Civil L.R. 79-5(e).

16        Pursuant to Civil Local Rule 79-5(e), a party must file under seal a document designated as

17  confidential by the opposing party or a document containing information so designated by an

18  opposing party.  "Within 4 days of the filing of the Administrative Motion to File Under Seal, the

19  Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that

20  all of the designated material is sealable."  Civ. L.R. 79-5(e)(1).  "If the Designating Party does

21  not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative

22  Motion to File Under Seal is denied, the Submitting Party may file the document in the public

23  record no earlier than 4 days, and no later than 10 days, after the motion is denied."  Civ. L.R. 79-

24  5(e)(2).

25  //

26  //

27  //

28  //

United States District Court
Northern District of California

1      Sophos has not filed the responsive declaration required by Civil Local Rule 79-5(e)(1)

2 establishing that the material is sealable.  Accordingly, Fortinet's motion to seal is **DENIED.**

3

4

5      **IT IS SO ORDERED.**

6 Dated: June 18, 2015

7 _____

8               Donna M. Ryu
          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28