JOHN M. NEUKOM (SBN 275887)
johnneukom@quinnemanuel.com
JORDAN R. JAFFE (SBN 254886)
jordanjaffe@quinnemanuel.com
ANDREW M. HOLMES (SBN 260475)
drewholmes@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

SEAN C. CUNNINGHAM (SBN 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (SBN 211187)
kathryn.riley@dlapiper.com
DAVID R. KNUDSON (SBN 265461)
david.knudson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

TODD S. PATTERSON (*pro hac vice*)
todd.patterson@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: 512.457.7000
Facsimile: 512.457.7001

Attorneys for Defendant and Counterclaim
Plaintiff SOPHOS INC. and Counterclaim
Plaintiff SOPHOS LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>    Plaintiff,<br>vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>    Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>    Counterclaim Plaintiffs,<br>vs.<br><br>FORTINET, INC., a corporation,<br><br>    Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>**STIPULATION AND P~~ROPOSED~~ ORDER REGARDING PROPOSED AMENDED INFRINGEMENT CONTENTIONS** |

1  WHEREAS, pursuant to Patent L.R. 3-6, Plaintiff and Counterclaim-Defendant Fortinet, Inc.
2  ("Fortinet") seeks leave to amend its infringement contentions;

3  WHEREAS, Fortinet served proposed amended infringement contentions on May 22, 2015;

4  WHEREAS, Fortinet believes it can demonstrate the requisite "timely showing of good cause"
5  required by Patent L.R. 3-6 to amend its infringement contentions;

6  WHEREAS, pursuant to Patent L.R. 3-6, Defendants and Counterclaim-Plaintiffs Sophos Inc.
7  and Sophos Ltd. (collectively, "Sophos") seek leave to amend its infringement contentions;

8  WHEREAS, Sophos served proposed amended infringement contentions on June 5, 2015;

9  WHEREAS, Sophos believes it can demonstrate the requisite "timely showing of good cause"
10  required by Patent L.R. 3-6 to amend its infringement contentions;

11  WHEREAS, Fortinet, in the spirit of compromise, has agreed not to object to Sophos'
12  proposed amended chart Exhibit A-2 served on June 5, 2015 and Exhibit A-3 served on June 5, 2015
13  and revised on June 18, 2015;

14  WHEREAS, Sophos, in the spirit of compromise, has agreed not to object to Fortinet's
15  proposed amended infringement contentions served on May 22, 2015;

16  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject
17  to approval of the Court, that:

18  1) Fortinet may amend its infringement contentions, as reflected in the supplemental
19  infringement contentions served May 22, 2015;

20  2) Sophos may amend its infringement contentions, as reflected in the supplemental
21  infringement contentions charts Exhibit A-2 served on June 5, 2015 and Exhibit A-3 served on June 5,
22  2015, as revised on June 18, 2015.

| | |
|---|---|
| DATED: June 18, 2015 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By */s/ John M. Neukom* |
| | John M. Neukom (Bar No. 275887)<br>johnneukom@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111-4788<br>Telephone:     (415) 875-6600<br>Facsimile:     (415) 875-6700 |
| | Attorneys for Plaintiff FORTINET, INC. |
| DATED: June 18, 2015 | DLA PIPER LLP (US) |
| | By */s/ Sean C. Cunningham* |
| | SEAN C. CUNNINGHAM, Bar No. 174931<br>sean.cunningham@dlapiper.com<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: 619.699.2700<br>Facsimile: 619.699.2701 |
| | Attorneys for Defendant and Counterclaim Plaintiff SOPHOS INC. and Counterclaim Plaintiff SOPHOS LTD. |

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David Knudson.

*/s/ Kristen E. Lovin*
Kristen E. Lovin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>        Plaintiff,<br>vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>        Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>        Counterclaim Plaintiffs,<br>vs.<br><br>FORTINET, INC., a corporation,<br><br>        Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>[~~PROP~~OSED] ORDER REGARDING PROPOSED AMENDED INFRINGEMENT CONTENTIONS |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____6/22_____, 2015  By: _____

HONORABLE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*

3