UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 6/25/15 | **Time:** 11:21-11:42 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:13-cv-05831-EMC | **Case Name:** Fortinet, Inc. v. Sophos, Inc., et al | |

**Attorney for Plaintiff:** Jordan Jaffe and Daniel Olmos
**Attorney for Defendants:** Sean Cunningham and David Knudson

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 11:21-11:42

PROCEEDINGS

1. Joint Discovery Letter [Docket No. 130]   DENIED AS MOOT
2. Joint Discovery Letter [Docket No. 138]   DENIED AS MOOT
3. Joint Discovery Letter [Docket No. 154]   DENIED AS MOOT
4. Joint Discovery Letter [Docket No. 155]   DENIED WITHOUT PREJUDICE
5. Plaintiff's Motion for Leave to file Supplemental Exhibits [Docket No. 157]   DENIED AS MOOT

The parties have resolved the disputes presented in Joint Discovery Letters [130][138][154] and the motion for leave to file supplemental exhibits [157]. The letters and motion are therefore **denied as moot**. The parties shall file a joint stipulation and proposed order regarding the procedures for inspection of devices for Judge Ryu's review.

Joint Discovery Letter [155] is **denied without prejudice.** The parties shall continue to meet and confer about the disputes discussed therein. The parties shall file a Joint Discovery Letter regarding any remaining disputes by **July 10, 2015.**

The parties were instructed to submit their joint request to Judge Chen regarding a brief stay of certain expert deadlines pending the results of the inspection of devices. Regardless of whether Judge Chen grants the request, the parties shall file a Joint Status Report to Judge Ryu regarding the inspection of devices by **July 16, 2015.**

**Order to be prepared by:**
[ ] **Plaintiff**          [ ] **Defendant**          [ ] **Court**

cc: Chambers