| | |
|---|---|
| JOHN M. NEUKOM (SBN 275887)<br>johnneukom@quinnemanuel.com<br>JORDAN R. JAFFE (SBN 254886)<br>jordanjaffe@quinnemanuel.com<br>ANDREW M. HOLMES (SBN 260475)<br>drewholmes@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Plaintiff FORTINET, INC. | SEAN C. CUNNINGHAM (SBN 174931)<br>sean.cunningham@dlapiper.com<br>KATHRYN RILEY GRASSO (SBN 211187)<br>kathryn.riley@dlapiper.com<br>DAVID R. KNUDSON (SBN 265461)<br>david.knudson@dlapiper.com<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: 619.699.2700<br>Facsimile: 619.699.2701<br><br>TODD S. PATTERSON (*pro hac vice*)<br>todd.patterson@dlapiper.com<br>DLA PIPER LLP (US)<br>401 Congress Avenue, Suite 2500<br>Austin, Texas 78701-3799<br>Telephone: 512.457.7000<br>Facsimile: 512.457.7001<br><br>Attorneys for Defendant and Counterclaim Plaintiff SOPHOS INC. and Counterclaim Plaintiff SOPHOS LTD. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>          Plaintiff,<br>vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>          Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>          Counterclaim Plaintiffs,<br>vs.<br><br>FORTINET, INC., a corporation,<br><br>          Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>**STIPULATION AND PROPOSED ORDER TO STAY CASE SCHEDULE FOR TWENTY (20) DAYS** |

WHEREAS Plaintiff and Counterclaim-Defendant Fortinet, Inc. ("Fortinet") and Defendants and Counterclaim-Plaintiffs Sophos Inc. and Sophos Ltd. (collectively, "Sophos") have disputed Sophos' responses to certain requests for inspection propounded by Fortinet related to former Fortinet employees, who are currently Sophos employees;

WHEREAS, on June 25, 2015, prior to a discovery hearing on two joint discovery letters, Sophos agreed to allow Fortinet access to devices and images of the former Fortinet employees' devices pursuant to the terms of Stipulation and Order being filed with Magistrate Judge Ryu;

WHEREAS, Fortinet needs time to inspect, investigate, and analyze the data from these forensic images for evidence related to its claims;

WHEREAS, given the foregoing, the parties agreed to a stay of the case schedule for twenty (20) days;

WHEREAS, Magistrate Judge Ryu directed the parties to file a joint status report to update the Court on these inspections by July 16, 2015. *See* Docket No. 161.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

The parties respectfully request the case schedule be stayed for twenty (20) days, until July 16, 2015.

| | | |
|---|---|---|
| DATED: June 26, 2015 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By */s/ John M. Neukom*
    John M. Neukom (Bar No. 275887)
    johnneukom@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California 94111-4788
    Telephone:   (415) 875-6600
    Facsimile:    (415) 875-6700

    Attorneys for Plaintiff FORTINET, INC.

DATED: June 26, 2015        DLA PIPER LLP (US)

By */s/ Sean C. Cunningham*
    SEAN C. CUNNINGHAM, Bar No. 174931
    sean.cunningham@dlapiper.com
    401 B Street, Suite 1700
    San Diego, CA 92101-4297
    Telephone: 619.699.2700
    Facsimile: 619.699.2701

    Attorneys for Defendant and Counterclaim
    Plaintiff SOPHOS INC. and Counterclaim
    Plaintiff SOPHOS LTD.

**<u>SIGNATURE ATTESTATION</u>**

Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David Knudson.

*/s/ Grant N. Margeson*
Grant N. Margeson

04880.00001/6922423.1

STIPULATION AND [PROPOSED]
ORDER RE STAY SCHEDULE        Case No.: 3:13-cv-05831-EMC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>　　　　　Plaintiff,<br>　vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>　　　　　Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>　　　　　Counterclaim Plaintiffs,<br>　vs.<br><br>FORTINET, INC., a corporation,<br><br>　　　　　Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>**[~~PROPOSED~~] ORDER STAYING CASE SCHEDULE FOR TWENTY (20) DAYS** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The case is stayed for twenty (20) days until July 16, 2015.

Dated: ____6/29____, 2015 By: _____

　　　　　　　　　　　　　　　HONORABLE

*IT IS SO ORDERED*
*Judge Edward M. Chen*