# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>    Plaintiff,<br>vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>    Defendants. | Case No. 3:13-cv-05831-EMC-DMR<br><br>[~~PROPOSED~~] ORDER REGARDING THE JULY 10, 2015 DEADLINE FOR A REVISED JOINT DISCOVERY LETTER |
| SOPHOS INC. and SOPHOS LTD., corporations,<br><br>    Counterclaim Plaintiffs,<br>vs.<br>FORTINET, INC., a corporation,<br><br>    Counterclaim Defendant. | |

**PURSUANT TO STIPULATION, the Court hereby orders that:**

The July 10, 2015 deadline set by the Court at Docket No. 161 be continued to July 16, 2015 to allow the parties to continue to meet and confer.

Dated: __July 13__, 2015  By: _____/s/ Donna M. Ryu_____

                                          HONORABLE DONNA M. RYU

1

[~~PROPOSED~~] ORDER REGARDING THE JULY 10, 2015
DEADLINE FOR A REVISED JOINT DISCOVERY LETTER        Case No.: 3:13-cv-05831-EMC-DMR