# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 23, 2015      **Time:** 10:38-10:53      **Judge:** EDWARD M. CHEN
**Case No.**: 13-cv-05831-EMC   **Case Name:** Fortinet, Inc. v. Sophos, Inc.

**Attorney for Plaintiff:** John Neukom, Jordan Jaffe and Dan Olmos
**Attorney for Defendant:** Sean Cunningham

**Deputy Clerk:** Betty Lee                              **Court Reporter:** N/A

## PROCEEDINGS

Status

## SUMMARY

12 court day jury trial remains scheduled to begin on 1/19/16.  Parties are conducting ongoing mediation with Judge Infante.  Discovery cut off for newly produced discovery is extended to 8/20/15.  Supplemental expert disclosure is due 8/20/15.  Supplemental rebuttal expert disclosure is due 8/27/15.  Expert discovery cut off deadline is 9/3/15.  Court allows additional 4 hours for each custodian deposition and 5 hours for 30(b)(6) depositions to be taken by Fortinet.  Any new written discovery shall be conducted in an expedited manner.  Parties shall contact Magistrate Judge Ryu for resolution of any discovery disputes expeditiously.

Dispositive motions are scheduled to be heard on 10/8/15 at 1:30 p.m.