1  JOHN M. NEUKOM (SBN 275887)
   johnneukom@quinnemanuel.com
2  JORDAN R. JAFFE (SBN 254886)
   jordanjaffe@quinnemanuel.com
3  ANDREW M. HOLMES (SBN 260475)
   drewholmes@quinnemanuel.com
4  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
5  50 California Street, 22nd Floor
   San Francisco, California 94111
6  Telephone:  (415) 875-6600
   Facsimile:  (415) 875-6700
7
8  Attorneys for Plaintiff FORTINET, INC.

   SEAN C. CUNNINGHAM (SBN 174931)
   sean.cunningham@dlapiper.com
   KATHRYN RILEY GRASSO (SBN 211187)
   kathryn.riley@dlapiper.com
   DAVID R. KNUDSON (SBN 265461)
   david.knudson@dlapiper.com
   DLA PIPER LLP (US)
   401 B Street, Suite 1700
   San Diego, CA 92101-4297
   Telephone: 619.699.2700
   Facsimile: 619.699.2701

   TODD S. PATTERSON (*pro hac vice*)
   todd.patterson@dlapiper.com
   DLA PIPER LLP (US)
   401 Congress Avenue, Suite 2500
   Austin, Texas 78701-3799
   Telephone: 512.457.7000
   Facsimile: 512.457.7001

   Attorneys for Defendant and Counterclaim
   Plaintiff SOPHOS INC. and Counterclaim
   Plaintiff SOPHOS LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>        Plaintiff,<br>  vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>        Defendants. | Case No. 3:13-cv-05831-EMC-DMR<br><br>**STIPULATION REGARDING DKT. NOS. 185 AND 187** |
| SOPHOS INC. and SOPHOS LTD., corporations,<br><br>        Counterclaim Plaintiffs,<br>  vs.<br><br>FORTINET, INC., a corporation,<br><br>        Counterclaim Defendant. | |

WHEREAS Plaintiff and Counterclaim-Defendant Fortinet, Inc. ("Fortinet") and Defendants and Counterclaim-Plaintiffs Sophos Inc. and Sophos Ltd. (collectively, "Sophos") filed a joint discovery letter on July 16, 2015 (Dkt. No. 177);

WHEREAS the Court denied the joint discovery letter in part (without prejudice) with respect to Sophos' responses to Fortinet's Requests for Production of Documents Nos. 123-134, 149-165, and 174 ("Requests") and ordered the parties to meet and confer further regarding Fortinet's Requests (Dkt. No. 185);

WHEREAS the Court ordered the parties to file a joint discovery letter brief of no more than four pages by August 3, 2015 at 9:00 a.m. if the parties were unable to resolve the dispute (Dkt. No. 185);

WHEREAS the Court denied the joint discovery letter in part (without prejudice) regarding Fortinet's production of documents identified by Messrs. Mock and Bray, the deposition of James Bray, and Fortinet's production of emails, ordering the parties to meet and confer further (Dkt. No. 187);

WHEREAS the Court ordered the parties to file a joint discovery letter brief of no more than six pages by August 3, 2015 at 9:00 a.m. if the parties were unable to resolve the dispute (Dkt. No. 187);

WHEREAS the parties have meet and conferred as directed by the Court regarding the pending discovery disputes on the issues identified in the Court's orders (Dkt. Nos. 185, 187);

WHEREAS the parties have reached a compromise and, thus, resolved all discovery disputes identified in Dkt. Nos. 185 and 187;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1) Pursuant to the parties' agreement resolving all issues in Dkt. Nos. 185 and 187, the parties will not file any joint discovery letters on August 3, 2015; and

2) All other issues contained in Dkt. No. 177 remain before the Court, to be addressed at the August 27, 2015 hearing (Dkt. No. 182).


DATED: July 31, 2015                 QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By */s/ John M. Neukom*
                                         John M. Neukom (Bar No. 275887)
                                         johnneukom@quinnemanuel.com
                                         50 California Street, 22nd Floor
                                         San Francisco, California  94111-4788
                                         Telephone:     (415) 875-6600
                                         Facsimile:     (415) 875-6700

                                         Attorneys for Plaintiff FORTINET, INC.


DATED: July 31, 2015                 DLA PIPER LLP (US)


                                     By */s/ Sean C. Cunningham*
                                         SEAN C. CUNNINGHAM, Bar No. 174931
                                         sean.cunningham@dlapiper.com
                                         401 B Street, Suite 1700
                                         San Diego, CA 92101-4297
                                         Telephone: 619.699.2700
                                         Facsimile: 619.699.2701

                                         Attorneys for Defendant and Counterclaim
                                         Plaintiff SOPHOS INC. and Counterclaim
                                         Plaintiff SOPHOS LTD.

2

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David Knudson.

*/s/ Grant N. Margeson*

Grant N. Margeson

STIPULATION REGARDING DKT. NOS. 185 AND 187      Case No.: 3:13-cv-05831-EMC-DMR