# EXHIBIT 3

Case3:13-cv-05831-EMC Document193-4 Filed07/31/15 Page1 of 2

# Knudson, David

| | |
|---|---|
| **From:** | Grasso, Kathryn Riley |
| **Sent:** | Thursday, August 14, 2014 8:18 AM |
| **To:** | Fortinet-Sophos (Fortinet-Sophos@quinnemanuel.com) |
| **Cc:** | Sophos-Fortinet |
| **Subject:** | Fortinet v Sophos NDCA -- trade secret disclosure and follow up to meet and confer |
| **Attachments:** | 249255694_1.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Jay and Alicia,
As we discussed yesterday, attached please find our part of the draft letter to Magistrate Judge Ryu about Fortinet's trade secret disclosure. We reserve our rights to alter this draft as the meet and confer process continues. We look forward to receiving the law you believe supports Fortinet's current trade secret disclosure. Also, when we were discussing upcoming depositions, we neglected to discuss the depositions of Peter Brant, Amanda Mallow, Ray Olson and Katherine Crawford. I believe we are waiting on Fortinet to provide dates.
Thank you,
Katie

1