# EXHIBIT 5

# Knudson, David

**From:** John Neukom <johnneukom@quinnemanuel.com>
**Sent:** Friday, October 03, 2014 10:14 AM
**To:** Cunningham, Sean
**Cc:** Grasso, Kathryn Riley; Fortinet-Sophos; Sophos-Fortinet
**Subject:** Re: Fortinet: trade secret disclosure


Thanks Sean. We will certainly try to get back to you on this today. If not today, I expect by Monday. Where do we stand on the issue of the inequitable conduct allegations? Happy to discuss by phone if that's more convenient. Best, Jay


John (Jay) Neukom
Quinn Emanuel -- Trial Lawyers
415.875.6341 (o)
415.797.8000 (m)


On Oct 3, 2014, at 10:09 AM, Cunningham, Sean <Sean.Cunningham@dlapiper.com> wrote:

> Jay,
>
> In the midst of all of the correspondence yesterday, I didn't see a response to this email from you. Can we have a response today please?
>
> Thanks,
> Sean
>
>
> **From:** Grasso, Kathryn Riley
> **Sent:** Thursday, October 02, 2014 12:26 PM
> **To:** johnneukom@quinnemanuel.com; Fortinet-Sophos (Fortinet-Sophos@quinnemanuel.com)
> **Cc:** Sophos-Fortinet
> **Subject:** Fortinet: trade secret disclosure
>
> Jay,
> We are still waiting on your response to our last comments about the trade secret disclosure. When we spoke on Friday, September 12, you said that you were not going to back burner the issue. I understand everyone is very busy, but we need to know by 5pm pacific tomorrow Fortinet's response.
> Thank you.
> Katie
>
>
> Kathryn Riley Grasso
> DLA Piper LLP (US)
> Partner
> Kathryn.riley@dlapiper.com
> 619-699-2842
> 202-799-4181

1

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.