1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation | Case No. 3:13-cv-05831-EMC |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING FORTINET, INC.'S UNOPPOSED EMERGENCY MOTION TO ENLARGE TIME FOR INSPECTION DISCOVERY |
| SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual, | |
| Defendants. | |
| SOPHOS INC. and SOPHOS LTD., corporations, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| FORTINET, INC., a corporation, | |
| Counterclaim Defendant. | |

## PROPOSED ORDER

Before the Court is Plaintiff Fortinet, Inc.'s ("Fortinet") Unopposed Emergency Motion to enlarge time for the inspection discovery schedule set forth in Dkt. No. 188. Based upon Fortinet's Motion and supporting Declaration, the Court finds that there is good cause to enlarge the inspection discovery. Defendants Sophos, Inc. and Sophos, Ltd. (collectively "Sophos") do not oppose the Motion.

Accordingly, the Court ORDERS that the case schedule as follows:

| Previous Date (Dkt. Nos. 110, 188) | Date Pursuant to this Order | Event |
|---|---|---|
| 8/19/2015 | Unchanged | Rebuttal Expert Reports on issues except those affected by inspection discovery |
| 8/20/2015 | 8/28/15 | Discovery Deadline for newly-produced discovery (i.e., inspection discovery)[1] |
| 8/20/2015 | 9/1/2015 | Supplemental Expert Disclosure |
| 8/27/2015 | 9/4/2015 | Supplemental Rebuttal expert disclosure |
| 9/3/2015 | ~~9/8/2015~~ 9/7/2015 | Expert Discovery Cutoff |
| 9/3/2015 | ~~9/10/2015~~ 9/7/2015 AT 9 AM | Opening Dispositive Motion Brief |
| 9/17/2015 | ~~9/24/2015~~ 9/18/2015 AT NOON | Opposing Dispositive Motion Brief |
| 9/24/2015 | ~~10/1/2015~~ UNCHANGED | Reply Dispositive Motion Brief |
| 10/8/2015 | Unchanged | Dispositive Motion Hearing |
| 12/22/2015 | Unchanged | Pre-Trial Conference |
| 1/19/2016 | Unchanged | Jury Selection |

---

[1] For those Sophos witnesses whose depositions will be rescheduled, but are unavailable on a different date before August 28, 2015, the deposition shall occur as soon after August 28 as the witness is available and is mutually agreeable to the parties.

[PROPOSED] ORDER GRANTING FORTINET'S UNOPPOSED
ADMINISTRATIVE MOTION TO MOVE HEARING DATE
Case No. 3:13-cv-05831-EMC

| Previous Date (Dkt. Nos. 110, 188) | Date Pursuant to this Order | Event |
|---|---|---|
| 1/20/2016 – 2/9/2016 | Unchanged | Jury Trial |

**IT IS SO ORDERED.**

Dated:      8/11/15



_____
Hon.
United

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING FORTINET'S UNOPPOSED
ADMINISTRATIVE MOTION TO MOVE HEARING DATE
Case No. 3:13-cv-05831-EMC