# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL LAW AND MOTION MINUTE ORDER

| Date: 8/27/15 | Time: 12:41-1:57 and 2:00-2:18 | Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 3:13-cv-05831-EMC | Case Name: Fortinet, Inc. v. Sophos, Inc., et al | |

**Attorney for Plaintiff:** John Neukom and Jordan Jaffe
**Attorney for Defendants:** Sean Cunningham and David Knudson

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 12:41-1:57 and 2:00-2:18

## PROCEEDINGS

1. Joint Discovery Letter Brief [Docket No. 177] TAKEN UNDER SUBMISSION.

2. Plaintiff's Motion for Sanctions [Docket No. 179] TAKEN UNDER SUBMISSION.

Sophos shall provide a supplemental accounting of the devices used by the three witnesses being deposed on August 28, 2015; this supplemental accounting shall be provided prior to the start of those depositions. By September 1, 2015, Sophos shall provide a supplemental accounting of the devices used by all other former Fortinet employees.

By September 1, 2015, Sophos shall either (1) inform Fortinet that the devices noted in Sophos's June 29 accounting of devices do not meet <u>any</u> criteria identified in Fortinet's requests for inspection or (2) produce those devices that do meet any such criteria for inspection.

By September 4, 2015, the parties shall file a single omnibus joint letter of no more than 10 pages addressing all remaining discovery disputes.

Sophos shall produce the following information: (1) sales income on a per account basis for up to 200 accounts identified by Fortinet; and (2) sales income or commissions earned on a per employee basis, or, if that information is not available, on a per region basis.

The parties shall meet and confer regarding the brief inspection of the devices currently in the possession of the daughter and the spouse of former Fortinet employees. Sophos shall respond to Fortinet's inquiry about Fortinet's expert Patrick Kennedy by the close of business on August 27, 2015.

cc: Chambers