JOHN M. NEUKOM (CA Bar No. 275887)
johnneukom@quinnemanuel.com
JORDAN R. JAFFE (CA Bar No. 254886)
jordanjaffe@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

DANIEL B. OLMOS (CA Bar No. 235319)
dolmos@nbbolaw.com
NOLAN, BARTON, BRADFORD, OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2980
Facsimile: (650) 326-9704

Attorneys for Plaintiff FORTINET, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation | Case No. 3:13-cv-05831-EMC (DMR) |
| Plaintiff, | |
| vs. | **DECLARATION OF GRANT N. MARGESON IN SUPPORT OF FORTINET, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FORTINET INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING EXHIBITS THERETO** |
| SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual. | |
| Defendants. | |
| SOPHOS INC. and SOPHOS LTD., corporations, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| FORTINET, INC., a corporation, | |
| Counterclaim Defendant. | |

I, Grant N. Margeson,  declare as follows:

1.      I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff and Counterclaim Defendant Fortinet, Inc. ("Fortinet").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.      I make this declaration in support of Fortinet's Administrative Motion to File Under Seal Portions of Fortinet Inc.'s Motion for Partial Summary Judgment and Supporting Exhibits Thereto.  The Administrative Motion seeks an Order sealing portions of Fortinet's Motion for Partial Summary Judgment, portions of Exhibits 13 and 16 to the Declaration of Jordan R. Jaffe, the entirety of Exhibits 5, 6, 14, and 15 to the Declaration of Jordan R. Jaffe, portions of Exhibit 1 to the Declaration of Angelos Stavrou, and portions of Exhibit 1 to the Declaration of Seth Nielsen.

**Information Designated as Confidential by Fortinet**

3.      Fortinet seeks to seal those portions of documents that Fortinet has designated as "Highly Confidential – Source Code" and "Highly Confidential – Attorneys Eyes Only" under the Protective Order.  Dkt. No. 63.  Specifically, the Motion for Partial Summary Judgment and Exhibits 13 and 16 to the Declaration of Jordan R. Jaffe reference Fortinet's confidential source code and product functionality.

4.      The operation and functionality of Fortinet's proprietary source code and products is highly confidential.  The public disclosure of this information would give Fortinet's competitors access to private source code as well as in depth descriptions—and analysis—of the functionality of Fortinet's products.  If such information were made public, Fortinet's competitive standing would be harmed.  With respect to both Exhibits 13 and 16, Fortinet has narrowly tailored its redactions so as to only seal information that Fortinet must keep confidential for competitive reasons.

**Information Designated as Confidential by Sophos**

5.      The portions sought to be sealed contain information designated by Sophos, Inc. and Sophos, Ltd. (collectively "Sophos") as containing confidential Sophos information. Specifically, the Motion for Partial Summary Judgment, Exhibit 1 to the Declaration of Angelos Stavrou, and Exhibits 5 and 6 to the Declaration of Jordan R. Jaffe reference materials Sophos has designated as "Highly Confidential – Attorneys Eyes Only" and "Highly Confidential – Source Code" under the Protective Order (Dkt. No. 63).  Furthermore, Sophos has designated Exhibits 14, 15, and 16 to the Declaration of Jordan R. Jaffe, as well as the sealed portions of Exhibit 1 to the Declaration of Dr. Seth Nielson, as "Highly Confidential – Attorneys Eyes Only" under the Protective Order (Dkt. No. 63).  As such, Fortinet seals this information to preserve Sophos' designation and understands that Sophos will file a declaration to establish whether the information is sealable.

6.      Fortinet will serve a copy of this declaration on Sophos the same day it is filed. Fortinet expects that Sophos will file the required supporting declaration in accordance with Civil Local Rule 79-5(e), as necessary, to confirm whether the information contained in the above-referenced documents should be sealed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Oakland, California, on September 7, 2015.

By  */s/ Grant N. Margeson*
        Grant Margeson