JOHN M. NEUKOM (CA Bar No. 275887)
johnneukom@quinnemanuel.com
JORDAN R. JAFFE (CA Bar No. 254886)
jordanjaffe@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

DANIEL B. OLMOS (CA Bar No. 235319)
dolmos@nbbolaw.com
NOLAN, BARTON, BRADFORD, OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2980
Facsimile: (650) 326-9704

Attorneys for Plaintiff FORTINET, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>Plaintiff,<br>vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>Defendants. | Case No. 3:13-cv-05831-EMC (DMR)<br><br>**CERTIFICATE OF SERVICE** |
| SOPHOS INC. and SOPHOS LTD., corporations,<br><br>Counterclaim Plaintiffs,<br>vs.<br><br>FORTINET, INC., a corporation,<br><br>Counterclaim Defendant. | |

1  I, Grant N. Margeson, declare as follows:

2      1.    I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3  whose address is 50 California Street, 22nd Floor, San Francisco, California 94111.  I am over the

4  age of eighteen and not a party to this action.

5      2.    On September 7, 2015, I caused the following documents to be served on all

6  counsel of record via electronic mail: unredacted and redacted versions of Fortinet's Motion for

7  Partial Summary Judgment, unredacted versions of Exhibits 5, 6, 14, and 15 to the Declaration of

8  Jordan Jaffe, unredacted and redacted versions of Exhibits 13 and 16 to the Declaration of Jordan

9  Jaffe, unredacted and redacted versions of Exhibit 1 to the Declaration of Angelos Stavrou, and

10 unredacted and redacted versions of Exhibit 1 to the Declaration of Dr. Seth Nielson.

11     3.    The documents were transmitted by electronic mail to the addresses below,

12 pursuant to the agreement between the parties, and such transmission was reported as complete

13 and without error.

| | |
|---|---|
| SEAN C. CUNNINGHAM, | TODD S. PATTERSON, |
| sean.cunningham@dlapiper.com | todd.patterson@dlapiper.com |
| KATHRYN RILEY GRASSO, | DLA PIPER LLP (US) |
| kathryn.riley@dlapiper.com | 401 Congress Avenue |
| DAVID R. KNUDSON, | Suite 2500 |
| david.knudson@dlapiper.com | Austin, Texas 78701-3799 |
| PETER MAGGIORE | Telephone: 512.457.7000 |
| peter.maggiore@dlapiper.com | Facsimile: 512.457.7001 |
| DLA PIPER LLP (US) | |
| 401 B Street, Suite 1700 | NICHOLAS F. ALDRICH, JR. |
| San Diego, CA 92101-4297 | nika.aldrich@dlapiper.com |
| Telephone: 619.699.2700 | DLA Piper LLP (US) |
| Facsimile: 619.699.2701 | 1251 Avenue of the Americas |
| | 45th Floor |
| | New York, NY 10020 |
| | Telephone: 212.335.4767 |
| | Facsimile:  917.778.8767 |

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th
2  day of September, 2015, at Oakland, California.

*/s/ Grant N. Margeson*
Grant N. Margeson

-2-   Case No. 3:13-cv-05831-EMC (DMR)
CERTIFICATE OF SERVICE