SEAN C. CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO, Bar No. 211187
kathryn.riley@dlapiper.com
DAVID R. KNUDSON Bar No. 265461
david.knudson@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

TODD S. PATTERSON (*pro hac vice*)
todd.patterson@dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue
Suite 2500
Austin, Texas 78701-3799
Telephone: 512.457.7000
Facsimile: 512.457.7001

Attorneys for Defendant and Counterclaim Plaintiff
SOPHOS INC. and Counterclaim Plaintiff SOPHOS LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOPHOS INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual,<br><br>Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FORTINET, INC., a corporation,<br><br>Counterclaim Defendant. | CASE NO. 3:13-cv-05831-EMC-DMR<br><br>**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 79-5(e) RE SERVICE OF DOCUMENT FILED UNDER SEAL FOR ECF NO. 221** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper LLP (US), 401 B Street, Suite 1700, San Diego, CA 92101. On September 7, 2015, I served a copy of the following sealed, confidential documents under Dkt 221:

EXHIBITS 1, 4, 5, 6, 8, 9, 10, 31, 33, AND 34 TO THE DECLARATION OF SEAN C. CUNNINGHAM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS SOPHOS INC., MICHAEL VALENTINE AND JASON CLARK

by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Andrew Michael Holmes<br>John M. Neukom<br>Jordan Jaffe<br>Kristin Lovin<br>Grant Margeson<br>Leeron Morad<br>Nathan Hamstra<br>Michael LaFond<br>Michael J. O'Connor<br>Michael Niu<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>415-875-6600 (telephone)<br>415-875-6700 (fax)<br>drewholmes@quinnemanuel.com<br>johnneukom@quinnemanuel.com<br>jordanjaffe@quinnemanuel.com<br>kristenlovin@quinnemanuel.com<br>grantmargeson@quinnemanuel.com<br>leeronmorad@quinnemanuel.com<br>nathanhamstra@quinnemanuel.com<br>michaellafond@quinnemanuel.com<br>michaeloconnor@quinnemanuel.com<br>michaelniu@quinnemanuel.com<br>Fortinet-Sophos@quinnemanuel.com<br><br>*Attorneys for Plaintiff Fortinet, Inc.* | Daniel B. Olmos<br>NOLAN, ARMSTRONG & BARTON LLP<br>600 University Avenue<br>Palo Alto, CA 94301<br>650-326-2980 (telephone)<br>650-326-9704 (fax)<br>dolmos@nablaw.com<br><br>*Attorneys for Plaintiff Fortinet, Inc.* |

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on September 7, 2015, at San Diego, California.

_/s/ Tammy King_
Tammy King