UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., <br><br>    Plaintiff, <br><br>v. <br><br>SOPHOS, INC., *et al.*, <br><br>    Defendants. | Case No. 13-cv-05831-EMC <br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION AND SUPPLEMENTAL MOTION TO FILE UNDER SEAL** <br><br>Re: Dkt. Nos. 221, 229 |

    Currently pending before the Court is Sophos's administrative motion and supplemental motion to file under seal. Having reviewed the motions and the related declarations (submitted by both Sophos and Fortinet), the Court hereby **GRANTS** in part and **DENIES** in part the motion to file under seal and **GRANTS** the supplemental motion to file under seal. More specifically, the Court orders as follows.

(1) Exhibits 1, 4 (designated portions), 6, 8, 9 (designated portions[1]), 10, 31, 33, and 34 shall be filed under seal.

(2) Exhibit 5 shall *not* be filed under seal. (Neither Sophos nor Fortinet provided a declaration supporting sealing as to this exhibit.)

(3) The designated portions of Sophos's motion for summary judgment shall be filed under seal.

///

///

///

---

[1] Sophos and Fortinet have designated different portions of Exhibit 9 as confidential.

Upon receipt of this order, Sophos shall publicly file Exhibit 5.

**IT IS SO ORDERED.**

Dated: September 17, 2015

_____
EDWARD M. CHEN
United States District Judge