| | |
|---|---|
| JOHN M. NEUKOM (CA Bar No. 275887) | SEAN C. CUNNINGHAM (SBN 174931) |
| johnneukom@quinnemanuel.com | sean.cunningham@dlapiper.com |
| JORDAN R. JAFFE (CA Bar No. 254886) | KATHRYN RILEY GRASSO (SBN 211187) |
| jordanjaffe@quinnemanuel.com | kathryn.riley@dlapiper.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DAVID R. KNUDSON (SBN 265461) |
| | david.knudson@dlapiper.com |
| 50 California Street, 22nd Floor | DLA PIPER LLP (US) |
| San Francisco, California 94111 | 401 B Street, Suite 1700 |
| Phone: (415) 875-6600, Fax: (415) 875-6700 | San Diego, CA 92101-4297 |
| | Phone: 619.699.2700, Fax: 619.699.2701 |
| DANIEL B. OLMOS (CA Bar No. 235319) | |
| dolmos@nbbolaw.com | TODD S. PATTERSON (*pro hac vice*) |
| NOLAN, BARTON, BRADFORD, OLMOS LLP | todd.patterson@dlapiper.com |
| 600 University Avenue | DLA PIPER LLP (US) |
| Palo Alto, CA 94301 | 401 Congress Avenue, Suite 2500 |
| Phone: (650) 326-2980, Fax: (650) 326-9704 | Austin, Texas 78701-3799 |
| | Phone: 512.457.7000, Fax: 512.457.7001 |
| Attorneys for Plaintiff FORTINET, INC. | |
| | Attorneys for Defendant and Counterclaim Plaintiff SOPHOS INC. and Counterclaim Plaintiff SOPHOS LTD. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation | Case No. 3:13-cv-05831-EMC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO STAY REMAINING PRETRIAL DEADLINES**; ORDER |
| SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual. | |
| | Judge: Honorable Edward M. Chen |
| Defendants. | Trial Date: 1/19/2016 |
| SOPHOS INC. and SOPHOS LTD., corporations, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| FORTINET, INC., a corporation, | |
| Counterclaim Defendant. | |

Case No.: 3:13-cv-05831-EMC
NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO STAY REMAINING PRETRIAL DEADLINES

NOTICE IS HEREBY GIVEN that on Monday, November 30, 2015, Plaintiff and Counterclaim Defendant Fortinet, Inc., Defendants and Counterclaim Plaintiffs Sophos, Inc. and Sophos Ltd., and Defendants Michael Valentine and Jason Clark (collectively the "Parties"), completed confidential private mediation, and the Parties have signed a Binding Term Sheet to settle all litigation between the Parties.  The Parties have further agreed that the mediator, the Hon. Edward A. Infante (Ret.), has jurisdiction to resolve all disputes that may arise under the Binding Term Sheet. The Parties further anticipate the filing of a stipulated dismissal of all claims within the next 16 days.

Accordingly, the Parties request that the Court order that all deadlines in the case be stayed by 16 days, until December 16, 2015, while the Binding Term Sheet is reduced to a definitive agreement. This period (16 days from the Binding Term Sheet) is necessary due to the varied and numerous claims and counterclaims, as well as the concurrent litigation in another judicial district (*Sophos Ltd., et al v. Fortinet, Inc.*, 1:14-cv-100-GMS (D. Del. 2014)), and the concurrent arbitration before JAMS, both of which are also being resolved.

IT IS SO STIPULATED.

DATED: December 1, 2015          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                 By */s/ John M. Neukom*
                                    John M. Neukom (Bar No. 275887)
                                    johnneukom@quinnemanuel.com
                                    50 California Street, 22nd Floor
                                    San Francisco, California  94111-4788
                                    Telephone:     (415) 875-6600
                                    Facsimile:     (415) 875-6700

                                    Attorneys for Plaintiff FORTINET, INC.

DATED: December 1, 2015          DLA PIPER LLP (US)

                                 By */s/ Sean C. Cunningham*
                                    SEAN C. CUNNINGHAM, Bar No. 174931
                                    sean.cunningham@dlapiper.com
                                    401 B Street, Suite 1700
                                    San Diego, CA 92101-4297
                                    Telephone: 619.699.2700
                                    Facsimile: 619.699.2701

                                    Attorneys for Defendant and Counterclaim
                                    Plaintiff SOPHOS INC. and Counterclaim
                                    Plaintiff SOPHOS LTD.

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from  John M. Neukom and Sean C. Cunningham  .

                                         */s/ Michael F. LaFond*
                                          Michael F. LaFond

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The deadline for pretrial filings is extended to 12/22/15.  The Pretrial Conference is rescheduled from 12/22/15 to 1/5/16 at 1:30 p.m.

**Dated:** 12/1/15



_____
**Hon. Edward M. Chen**
**United States District Judge**

3   Case No.: 3:13-cv-05831-EMC
NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO STAY REMAINING PRETRIAL DEADLINES