JOHN M. NEUKOM (CA Bar No. 275887)
johnneukom@quinnemanuel.com
JORDAN R. JAFFE (CA Bar No. 254886)
jordanjaffe@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Phone: (415) 875-6600, Fax: (415) 875-6700

DANIEL B. OLMOS (CA Bar No. 235319)
dolmos@nbbolaw.com
NOLAN, BARTON, BRADFORD, OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Phone: (650) 326-2980, Fax: (650) 326-9704

Attorneys for Plaintiff FORTINET, INC.

SEAN C. CUNNINGHAM (CA Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (CA Bar No. 211187)
kathryn.riley@dlapiper.com
DAVID R. KNUDSON (CA Bar No. 265461)
david.knudson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: 619.699.2700, Fax: 619.699.2701

Attorneys for Defendant and Counterclaim Plaintiff SOPHOS INC. and Counterclaim Plaintiff SOPHOS LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a corporation<br><br>      Plaintiff,<br>vs.<br><br>SOPHOS, INC., a corporation, MICHAEL VALENTINE, an individual, and JASON CLARK, an individual.<br><br>      Defendants.<br><br>SOPHOS INC. and SOPHOS LTD., corporations,<br><br>      Counterclaim Plaintiffs,<br>vs.<br><br>FORTINET, INC., a corporation,<br><br>      Counterclaim Defendant. | Case No. 3:13-cv-05831-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Judge: Honorable Edward M. Chen |

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterclaim Defendant Fortinet, Inc., Defendants and Counterclaim Plaintiffs Sophos, Inc. and Sophos Ltd., and Defendants Michael Valentine and Jason Clark, through their attorneys of record and subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

DATED: December 16, 2015    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ John M. Neukom*
John M. Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff FORTINET, INC.

DATED: December 16, 2015    DLA PIPER LLP (US)


By */s/ Sean C. Cunningham*
SEAN C. CUNNINGHAM, Bar No. 174931
sean.cunningham@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendant and Counterclaim Plaintiff SOPHOS INC. and Counterclaim Plaintiff SOPHOS LTD.

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John Neukom and Sean Cunningham.

                                       */s/ Miles D. Freeman*

                                        Miles D. Freeman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** All claims and counter-claims in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and fees.

**Dated:** 12/18/2015



_____
Judge

IT IS SO ORDERED
Judge Edward M. Chen